# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| FRED JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-1256-T-An |
| ) | |
| THE PROCTER & GAMBLE ) | |
| MANUFACTURING ) | |
| COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Defendant Procter & Gamble's motion for extension of time in which to file its motion for summary judgment is hereby **GRANTED.** Procter & Gamble shall file its motion for summary judgment within 30 days after Plaintiff has concluded its 30(b)(6) deposition(s) of Defendant. *but no later than July 29, 2005*

So ordered this 3rd day of May, 2005.

James D. Todd
S/ ~~Thomas Anderson~~
United States ~~Magistrate~~ Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01256 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT