# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

WILLIE CARNEY,

    Plaintiff,

VS.                                                                 No. 04-1253-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

RODNEY CLARK,

    Plaintiff,

VS.                                                                 No. 04-1254-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

FRED JONES,

    Plaintiff,

VS.                                                                 No. 04-1256-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

**FILED BY**

JUL 14 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 07-18-05



REGINALD CHARLES,

    Plaintiff,

VS.                                                                                                       No. 04-1255-T

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

## ORDER OF REFERENCE

Defendant's Motion for Protective Order is hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_14 July 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01256 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James J. Swartz  
ASHE RAFUSE & HILL LLP  
1355 Peachtree St., N.E.  
Ste. 500  
Atlanta, GA 30309--323  

Honorable James Todd  
US DISTRICT COURT