UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

WILLIE CARNEY,

    Plaintiffs,                              No. 1-04-1253-T-An
                                         JURY TRIAL DEMANDED

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

---

RODNEY CLARK,

    Plaintiffs,                              No. 1-04-1254-T-An
                                         JURY TRIAL DEMANDED

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

---

FRED JONES,

    Plaintiffs,                              No. 1-04-1256-T-Ma
                                         JURY TRIAL DEMANDED

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

---

**ORDER**

---

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __08-08-05__

This cause comes before the court on Plaintiffs' motion to extend time to respond to Defendant's motion for protective order. Upon due consideration of Plaintiffs' motion and the record in this cause, the Court finds that the motion is well taken and should be granted.

ACCORDINGLY, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED, that Plaintiffs motion to extend time shall be granted and that Plaintiffs shall have until August 2, 2005 in which to respond to Defendant's motion for protective order.

ENTER THIS _05th_ DAY OF _August_, 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01256 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT